IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-603-D

LACHANDA DANIELLE MCMILLIAN, )
)
Plaintiff, )
)
v. ) ORDER
)
FREEDOM MORTGAGE )
CORPORATION et al., )
)
Defendants. )

On December 17, 2024, plaintiff moved to dismiss her amended complaint [D.E. 23] against defendants Central Loan Administration and Reporting and Freedom Mortgage Corporation. See Fed. R. Civ. P. 41(a)(2). The court GRANTS plaintiff's motion and DISMISSES defendants Central Loan Administration and Reporting and Freedom Mortgage Corporation. The court DISMISSES as moot the motions to dismiss of the defendants [D.E. 7, 13, 17, 20]. The court DENIES plaintiff's motion for default judgment against defendant Union Home Mortgage Corporation [D.E. 22]. Plaintiff has presented no evidence that she ever served Union Home Mortgage Corporation in this action. See Fed. R. Civ. P. 4(l); cf. [D.E. 4].

SO ORDERED. This _1_ day of April, 2025.

JAMES C. DEVER III
United States District Judge