IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-603-D

LACHANDA DANIELLE MCMILLIAN, )
)
    Plaintiff, )
)
v. ) ORDER
)
FREEDOM MORTGAGE CORPORATION )
and UNION HOME MORTGAGE, )
)
    Defendants. )

The court DENIES as meritless plaintiff's motion for default judgment [D.E. 28]. See Fed. R. Civ. P. 55(a)–(b).

SO ORDERED. This 28 day of July, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge